IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02118-MSK-KLM

MRS. CONDIES SALAD COMPANY, INC.,

    Plaintiff,

v.

COLORADO BLUE RIBBON FOODS, LLC, and
WILLIAM R. MCKNIGHT,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant William McKnight's Motion for a Delay of a Default Judgment Against Colorado Blue Ribbon Foods, LLC** [Docket No. 14; Filed December 28, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE** for Defendant McKnight's failure to confer with opposing counsel before filing the Motion as required by D.C.COLO.LCivR 7.1A.  A copy of the Local Rules is available on the District's website at: http://www.cod.uscourts.gov/RepresentingYourself.aspx

    Dated:  December 30, 2011