IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02118-KLM

MRS. CONDIES SALAD COMPANY, INC.,

    Plaintiff,

v.

COLORADO BLUE RIBBON FOODS, LLC, and
WILLIAM R. MCKNIGHT,

    Defendants.

_____

## ORDER OF DISMISSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Stipulated Motion to Dismiss With Prejudice** [Docket No. 43; Filed February 14, 2013] (the "Stipulated Motion"). Having carefully reviewed the Stipulated Motion and the file and being fully advised in the premises,

IT IS HEREBY **ORDERED** that the Stipulated Motion [#43] is **GRANTED** and that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and fees.

Dated: February 14, 2013

                                          BY THE COURT:

                                          Kristen L. Mix
                                          United States Magistrate Judge